**STITCHING MAYFLOWER**

v.

**JORDAN INVST.**

20160735

Supreme Court of Utah.

11/08/2016

20160642

Petition for Writ of Certiorari Denied.

**WILLIAMS**

v.

**DOC**

20160765

Supreme Court of Utah.

12-02-2016

20140623

380 P.3d 340

Petition for Writ of Certiorari Denied.

**CRAMER**

v.

**STATE**

20160762

Supreme Court of Utah.

11/08/2016

20150292

380 P.3d 27

Petition for Writ of Certiorari Denied.

**LYNCH**

v.

**STATE**

20160851

Supreme Court of Utah.

12-02-2016

20160334

Petition for Writ of Certiorari Denied.